# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 12, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 24-6738,   US v. Miguel Valle Valle
              1:14-cr-00135-LMB-1

TO:   Miguel Arnulfo Valle Valle

Correction Due Upon Request But No Later Than:  March 17, 2025

Please file the corrections identified below and file a corrected document by the date indicated using the **MOTION** entry.

[ x ] Please refile the motion to seal accompanied by the proposed sealed documents.

Anisha Walker, Deputy Clerk
804-916-2704