FILED:  April 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 24-6738
(1:14-cr-00135-LMB-1)

———————————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MIGUEL ARNULFO VALLE VALLE, a/k/a El Colocho, a/k/a Av

Defendant - Appellant

———————————————

O R D E R

———————————————

The court grants the motion to suspend briefing pending resolution of the

motion to dismiss.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk