FILED:  May 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6738
(1:14-cr-00135-LMB-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MIGUEL ARNULFO VALLE VALLE, a/k/a El Colocho, a/k/a Av

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places

appellant's reply under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk